IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                     No. CV 15-988 MV/SMV
                                          CR 13-985 MV

**FEDERICO LUJAN,**

    **Defendant.**

## ORDER

This matter is before the Court on Defendant's motion to vacate, set aside, or correct sentence. Pursuant to 28 U.S.C. § 2255 R.4, the Court will order the United States to answer Defendant's motion.

**IT IS HEREBY ORDERED** that the Clerk shall forward to the United States Attorney a copy of Defendant's motion to vacate, set aside, or correct sentence and supporting papers and exhibits, if any, together with a copy of this Order.

**IT IS FURTHER ORDERED** that, within twenty-three days from entry of this Order, the United States answer Defendant's motion to vacate, set aside, or correct sentence.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**