IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

vs.                                          CRIMINAL NO. 13-985 MV
                                               CIVIL NO. 15-988 MV/SMV

FEDERICO LUJAN,

    Defendant/Movant.

## ORDER EXTENDING RESPONSE DEADLINE

**THIS MATTER** is before the Court on the motion of the United States to extend the deadline by which it must file a response to Defendant/Movant Federico Lujan's "Petition Pursuant to 28 U.S.C. § 2255 to Vacate Conviction and Set for New Trial." The Court, having reviewed the motion, and noting that it is unopposed, finds that the motion is well taken and will be granted.

**IT IS THEREFORE ORDERED** that the motion of the United States to extend its response deadline is **GRANTED**.

**IT IS FURTHER ORDERED** that the United States shall answer Defendant/Movant Federico Lujan's "Petition Pursuant to 28 U.S.C. § 2255 to Vacate Conviction and Set for New Trial" by no later than December 31, 2015.

                                                            STEPHAN M. VIDMAR
                                                            United States Magistrate Judge

Submitted by:

*/S/ Holland Kastrin*
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico   87103