IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

vs.                                                          CRIMINAL NO. 13-985 MV
                                                                CIVIL NO. 15-988 MV/SMV

FEDERICO LUJAN,

      Defendant/Movant.

## ORDER GRANTING THE UNITED STATES LEAVE TO FILE A SURREPLY

**THIS MATTER** is before the Court on the motion of the United States seeking leave of Court to file a surreply in response to Defendant/Movant Federico Lujan's reply. The Court, having reviewed the motion, and noting that it is unopposed, finds that the motion is well taken and will be granted.

**IT IS THEREFORE ORDERED** that the motion of the United States seeking leave of Court to file a surreply is **GRANTED**.

                                                           STEPHAN M. VIDMAR
                                                           United States Magistrate Judge

Submitted by:

*/S/ Holland Kastrin*
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico   87103

Approved by:

*Approved via email on 1/26/2016*
Jason Bowles
Counsel for Defendant/Movant Federico Lujan