IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 13-CR-985 MV |
| | ) | 15-CV-988 MV/SMV |
| FEDERICO LUJAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER ON FEDERICO LUJAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS REPLY TO HIS AMENDED PETITION PURSUANT TO 28 U.S.C. § 2255 TO VACATE CONVICTION AND SET FOR NEW TRIAL**

The Court, having reviewed the Unopposed Motion for Extension of Time to File his Reply to his Amended Petition filed in the above captioned case, and having no objection from the United States Attorney's Office, finds that the motion is well taken and will be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The motion for extension of time to file a reply to his amended petition [doc. 179] is hereby granted.

2. Federico Lujan's reply to his amended petition is now due on June 28, 2016.

_____
HON. STEPHAN M. VIDMAR

Submitted by:

Jason Bowles
Bowles Law Firm

*Attorney for Federico Lujan*

1

Approved by:

<u>Via electronic mail on June 15, 2016</u>
Holland Kastrin
Assistant United States Attorney